**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| HUGHAN DESNEY AARON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 3:23-cv-279 |
| | ) | Judge Stephanie L. Haines |
| ALEJANDRO MAYORKAS, *et al.*, | ) | Magistrate Judge Maureen P. Kelly |
| | ) | |
| Respondents. | ) | |
| | ) | |

## MEMORANDUM ORDER

Presently before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed *pro se* by Hughan Desney Aaron ("Petitioner") (ECF No. 18). Petitioner was detained at Moshannon Valley Detention Center and claimed that his detention was unconstitutionally prolonged. He sought immediate release from custody. This matter was referred to Magistrate Judge Maureen P. Kelly for proceedings in accordance with the Federal Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.D.

On June 22, 2026, Magistrate Judge Kelly filed a Report and Recommendation (ECF No. 19) recommending that the Petition (ECF No. 18) be dismissed for failure to prosecute and mootness. Petitioner was advised he could file objections to the Report and Recommendation by July 9, 2026. *See* 28 U.S.C.§ 636 (b)(1)(B) and (C) and Local Civil Rule 72.D.2. Petitioner has not filed any objections, and the time to do so has expired.

Upon review of the record and the Report and Recommendation (ECF No. 19) under the applicable "reasoned consideration" standard, *see EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (standard of review when no timely and specific objections are filed), and pursuant to Local Civil Rule 72.D.2, the Court will accept the findings and recommendations of Magistrate

1

Judge Kelly in this matter. Judge Kelley correctly found that the balance of the factors in *Poulis v. State Farm Fire and Casualty Company*, 747 F.2d 863 (3d Cir. 1984) weigh in favor of dismissal. As further evidence to Petitioner's abandonment of the case is that fact that he filed no objections to the Report and Recommendation.

Accordingly, the following order is entered:

## **ORDER**

AND NOW, this 20th day of July, 2026, IT IS ORDERED that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) hereby is DISMISSED; and,

IT IS FURTHER ORDERED that Magistrate Judge Kelly's Report and Recommendation (ECF No. 19) is adopted as the Opinion of the Court; and,

IT IS FURTHER ORDERED that the Clerk of Court is directed to mark this matter closed.

Stephanie L. Haines
United States District Judge

Hughan Desney Aaron
204 Bidwell Avenue
Apt. 1
Jersey City, NJ 07305
PRO SE

2